LAW OFFICES OF ZEV B. ZYSMAN
A Professional Corporation
Zev B. Zysman (SBN 176805)
zev@zysmanlawca.com
15760 Ventura Blvd., Suite 1915
Encino, CA 91436
Telephone:  (818) 783-8836
Facsimile:   (818) 783-9985

CAPSTONE LAW APC
Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff Kami Brown

BARNES & THORNBURG LLP
Kevin D. Rising (SBN 211663)
Kevin.Rising@btlaw.com
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
Telephone: (301) 284-3880
Facsimile:  (310) 284-3894

Attorneys for Defendant Defender
Security Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMI BROWN, on Behalf of Herself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>     vs.<br><br>DEFENDER SECURITY COMPANY d/b/a DEFENDER DIRECT, INC.  and PROTECT YOUR HOME; and DOES 1 through 100, inclusive,<br><br>       Defendant. | Case No: CV 12-07319-CAS (PJWx)<br><br>**CLASS ACTION**<br><br>[Assigned to Hon. Christina A. Snyder]<br><br>**[~~PROPOSED~~] ORDER CONTINUING DATE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

1

**ORDER**

2      The Court has read and considered the Parties' Stipulation to Continue the

3  date to File the Motion for Preliminary Approval of Class Action Settlement.

4      **GOOD CAUSE APPEARING**, it is ordered that:

5      1.     The deadline to file the Settlement Agreement and Motion for

6             Preliminary Approval shall be September 12, 2013.

7

8      **IT IS SO ORDERED.**

9

10  Dated:  __August 26, 2013_____

11                                            Hon. Christina A. Snyder
                                              United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28