**LAW OFFICES OF ZEV B. ZYSMAN**
A Professional Corporation
Zev B. Zysman (176805)
zev@zysmanlawca.com
15760 Ventura Boulevard, Suite 1915
Encino, CA 91436
Telephone:  (818) 783-8836
Facsimile:   (818) 783-9985

**CAPSTONE LAW APC**
Jordan L. Lurie (130013)
jordan.lurie@capstonelawyers.com
1840 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

*Attorneys for Plaintiff and
the Proposed Settlement Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMI BROWN, on Behalf of Herself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>DEFENDER SECURITY COMPANY d/b/a DEFENDER DIRECT, INC. and PROTECT YOUR HOME; and DOES 1 through 100, inclusive,<br><br>  Defendants | Case No: CV12-07319-CAS (PJW)<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  October 28, 2013<br>Time: 10:00 a.m.<br>Ctrm:  5<br>Judge: Honorable Christina A. Snyder |

1  TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2        PLEASE TAKE NOTICE THAT on October 28, 2013 at 10:00 a.m. or as
3  soon as counsel may be heard in Courtroom 5 of the United States District Court
4  for the Central District of California, located at 312 North Spring Street, Los
5  Angeles, California, Plaintiff Kami Brown will, and hereby does, move the Court
6  for: (1) an order granting preliminary approval of the terms of the settlement
7  reached by Plaintiff and Defendant; (2) certification, for settlement purposes only,
8  of the proposed Class; (3) approval of the form and method of notice of the
9  settlement and of the pendency of the litigation to the Class and order that such
10  notice be given; and (4) setting of a hearing for final approval of the settlement, as
11  well as Plaintiff's unopposed application for an award of attorneys' fees and
12  reimbursement of expenses, and incentive award request.

13        This Motion is based upon this Notice of Motion and Motion, the attached
14  Memorandum of Points and Authorities, the Settlement Agreement and Release
15  (including exhibits), the Declarations of Zev B. Zysman and Jordan L. Lurie, the
16  pleadings and other files herein, and such other written and oral argument as may
17  be permitted by the Court at the time of the hearing.

19  Dated: September 12, 2013        **LAW OFFICES OF ZEV B. ZYSMAN**
                                                  A Professional Corporation

22                                          /s/ Zev B. Zysman
                                          Zev B. Zysman

23                                 15760 Ventura Boulevard, Suite 1915
                               Encino, CA 90024
                               Telephone: (818) 783-8836
                               Facsimile:  (818) 783-9985

                               *Attorneys for Plaintiff and*
                               *the Proposed Class*