1  **LAW OFFICES OF ZEV B. ZYSMAN**
A Professional Corporation
2  Zev B. Zysman (176805)
zev@zysmanlawca.com
3  15760 Ventura Boulevard
16th Floor
4  Encino, CA 91436
Telephone: (818) 783-8836
5  Facsimile: (818) 783-9985

6
**CAPSTONE LAW APC**
7  Jordan L. Lurie (130013)
jordan.lurie@capstonelawyers.com
8  1840 Century Park East, Suite 450
Los Angeles, CA 90067
9  Telephone: (310) 556-4811
Facsimile: (310) 943-0396
10
*Attorneys for Plaintiff and*
11 *the Settlement Class*

14  **UNITED STATES DISTRICT COURT**

15  **CENTRAL DISTRICT OF CALIFORNIA**

18  KAMI BROWN, on Behalf of Herself and All Others Similarly Situated,  ) Case No: CV12-07319-CAS (PJW)
)
19                          Plaintiff,  ) **CLASS ACTION**
)
20           v.  ) **PLAINTIFF'S NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARD**
21  DEFENDER SECURITY COMPANY d/b/a DEFENDER DIRECT, INC. and
22  PROTECT YOUR HOME; and DOES 1 through 100, inclusive,  ) Date: March 3, 2014
) Time: 10:00 a.m.
23                            ) Ctrm: 5
                          Defendants  ) Judge: Honorable Christina A. Snyder
24  )
_____ )
25

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on March 3, 2014 at 10:00 a.m. or as soon as counsel may be heard in Courtroom 5 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California, Plaintiff Kami Brown will, and hereby does, move the Court for an order granting Plaintiff's Motion for an Award of Attorneys' Fees, Expenses and an Incentive Award.

This Motion is based upon this Notice, the Memorandum of Points and Authorities filed herewith, the Declarations of Zev B. Zysman and Jordan L. Lurie filed herewith, the Declaration of Class Representative Kami Brown filed herewith, the pleadings and other files herein, and such other written and oral argument as may be permitted by the Court at the time of the hearing.

Dated: January 13, 2014

**LAW OFFICES OF ZEV B. ZYSMAN**
A Professional Corporation

   /s/ Zev B. Zysman
      Zev B. Zysman

15760 Ventura Boulevard
16th Floor
Encino, CA 91436
Telephone: (818) 783-8836
Facsimile: (818) 783-9985

*Attorneys for Plaintiff and the Settlement Class*