1 **LAW OFFICES OF ZEV B. ZYSMAN**
A Professional Corporation
2 Zev B. Zysman (176805)
zev@zysmanlawca.com
3 15760 Ventura Boulevard,
16th Floor
4 Encino, CA 91436
Telephone: (818) 783-8836
5 Facsimile: (818) 783-9985

6 **CAPSTONE LAW APC**
Jordan L. Lurie (130013)
7 jordan.lurie@capstonelawyers.com
1840 Century Park East, Suite 450
8 Los Angeles, CA 90067
Telephone: (310) 556-4811
9 Facsimile: (310) 943-0396

10 *Attorneys for Plaintiff and the Settlement Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMI BROWN, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDER SECURITY COMPANY d/b/a DEFENDER DIRECT, INC. and PROTECT YOUR HOME; and DOES 1 through 100, inclusive,<br><br>Defendants | Case No: CV12-07319-CAS (PJW)<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Date: March 3, 2014<br>Time: 10:00 a.m.<br>Ctrm: 5<br>Judge: Honorable Christina A. Snyder |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on March 3, 2014 at 10:00 a.m. or as soon as counsel may be heard in Courtroom 5 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California, Plaintiff Kami Brown will, and hereby does, move this Court to grant final approval of the Settlement in this matter.

This motion will be based on the previously filed Settlement Agreement and Release and the exhibits thereto, the concurrently filed Memorandum of Points and Authorities in support thereof, the concurrently filed Declarations of Zev B. Zysman and Jeffrey Gyomber in support thereof, the pleadings, records and files in this action, and any additional oral or documentary evidence submitted in support of the request.

Dated: February 15, 2014

**LAW OFFICES OF ZEV B. ZYSMAN**
A Professional Corporation

   /s/ Zev B. Zysman
     Zev B. Zysman

15760 Ventura Boulevard,
16th Floor
Encino, CA 90024
Telephone: (818) 783-8836
Facsimile:   (818) 783-9985

*Attorneys for Plaintiff and
the Settlement Class*

1