JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KAMI BROWN, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DEFENDER SECURITY COMPANY d/b/a DEFENDER DIRECT, INC. and PROTECT YOUR HOME; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. CV 12-07319-CAS (PJWx)<br><br>**FINAL ORDER APPROVING CLASS ACTION SETTLEMENT AND JUDGMENT** |

The Court conducted a hearing regarding the fairness and final approval of the Settlement Agreement and Plaintiffs attorneys' fees and costs and Class Representative's Compensation in this action on March 3, 2014, at 10:00 a.m., the Honorable Christina A. Snyder presiding. The parties appeared by and through their respective counsel of record.

1.

**[PROPOSED] FINAL ORDER APPROVING CLASS ACTION SETTLEMENT AND JUDGMENT**

After considering the papers and the arguments of counsel, as well as any papers filed by objectors, and good cause appearing, the Court GRANTS Plaintiff's Motion for Final Approval and Judgment, and Plaintiff's Application for Attorneys' Fees and Costs and Class Representative's Compensation, and rules as follows.

**FINDINGS:**

**1.** The Settlement Agreement and Release (hereafter, the "Settlement Agreement"), previously filed with the Court, and all definitions set forth therein are hereby incorporated with and made part of this Final Order Approving Class Action Settlement and Judgment ("Final Order and Judgment").

**2.** This Court has jurisdiction over the subject matter of this Action and all parties to this Action, including the settlement Class Members, as defined in Section 1.7 of the Settlement Agreement. Specifically, the members of the Class that are subject to this Final Order and Judgment are all persons in California, who at any time between July 25, 2011 and June 1, 2013 participated in one or more inbound and/or outbound telephone conversations with employees, contractors, agents, subsidiaries, parents of representatives of Defendant Defender Security Company ("Defender") and whose calls were recorded or monitored by Defender.

**3.** The Settlement Agreement, and the terms set forth therein, are hereby found and determined to be fair, reasonable, and adequate, and are hereby approved and ordered to be performed by all parties. Defender shall have no liability to Class Members or any other persons, for any acts performed in connection with the administration of the Settlement Agreement, including, but not limited to, the requirement that Class Members provide information in order to qualify as Authorized Claimants.

**4.** The Court finds that the form, manner and content of the Class Notice and Short Form Class Notice described in the Settlement Agreement, and specified in Exhibits B and E to the Settlement Agreement, provided a means of notice reasonably calculated to apprise the Class Members of the pendency of the action

and the proposed settlement, and thereby met the requirements of Rule 23(c)(2) of the Federal Rules of Civil Procedure, as well as due process under the United States Constitution, and any other applicable law, and constituted due and sufficient notice to all Class Members entitled thereto.  Specifically, individual notice was provided to Class Members by regular mail where available, and class notice was provided to all potential Class Members by publishing such notice on the Settlement Website and in the California edition of *USA Today* for at least a period of two days and an advertisement size of at least 1/4 of a page.

**5.** This Final Order and Judgment applies to all claims or causes of action settled under the terms of the Settlement Agreement, and shall be fully binding with respect to all Class Members who did not properly request exclusion pursuant to the Order Granting Preliminary Approval of Class Action Settlement entered by this Court on October 28, 2013.  This Order does not bind Class Members who filed timely and valid requests for exclusions. Attached as Exhibit A is a list of persons who properly requested to be excluded from the Settlement.

**6.** Representative Plaintiff Kami Brown and all Class Members who did not properly request exclusion are barred and permanently enjoined from asserting, instituting, or prosecuting, either directly or indirectly, any claims released under the Settlement Agreement which they had, or have, to the extent provided in the Settlement Agreement.  All claims of Representative Plaintiff and all Class Members shall be conclusively deemed released and discharged as to Defender and its related entities, to the extent provided in the Settlement Agreement.

**7.** The Claims Administrator shall conduct all administration of the Common Fund in accordance with the Settlement Agreement.  The Claims Administrator shall prepare and issue all disbursements to Authorized Claimants, and any remaining unclaimed or uncashed funds shall be distributed to the Consumer Federation of America which is a non-profit organization qualified under IRC § 501(c)(3) that educates organizations and/or consumers in California

regarding issues relating to protection of privacy, identity, and personal information.

**8.** The Claims Administrator shall issue the appropriate Prorated Settlement Amount to each Authorized Claimant within the time periods specified in the Settlement Agreement.

**9.** All claims asserted by Representative Plaintiff and the Class Members in this Action are hereby dismissed with prejudice.

**10.** The Court finds that Class Counsel are qualified to represent the settlement Class. The Court hereby grants Class Counsel's request for an award of attorneys' fees in the amount of $411,006.91, plus reimbursement of litigation expenses in the amount of $8,993.09 which shall be paid out of the Common Fund within the time periods specified in the Settlement Agreement. The Court finds that the amount of the attorney fees award is fair and reasonable in light of the efforts expended by Class Counsel in prosecuting this Action and the results obtained.

**11.** The Court finds that it is appropriate for the Class Representative to be paid a one-time payment of Five Thousand Dollars ($5,000.00) as compensation for instituting, prosecuting and bearing the laboring oar and risk of this litigation as Class Representative. This payment shall be made out of the Common Fund within the time periods specified in the Settlement Agreement.

**12.** The Court approves payment to KCC Class Actions Services, LLC to be paid out of the Common Fund for all expenses incurred in providing notice to the Class and administering the Settlement.

///
///
///
///
///
///

4.

5.

13. Without affecting the finality of this Final Order and Judgment in any way, the Court hereby retains continuing jurisdiction over the parties for the purpose of construing, enforcing and administering this Final Order and Judgment, and the terms of the Settlement Agreement.

Dated: March 18, 2014

*Christina A. Snyder*
Hon. Christina A. Snyder
United States District Court Judge

# **EXHIBIT A**

## TIMELY LIST OF EXCLUSIONS

1. La Has
2. Lidia Jaworska
3. Gary Morris
4. James Ricker
5. Jennifer Ricker

6.

**[PROPOSED] FINAL ORDER APPROVING CLASS ACTION SETTLEMENT AND JUDGMENT**